# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(127)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE OHANESSIAN,
      Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
      Defendants-Appellees.
_____/

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

        On order of the Chief Justice, the motion of amici Hathon and Denkins to file a supplement to their prior brief amicus curiae is GRANTED. The supplement submitted on September 10, 2019, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk